# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) Case No. 1:11-CR-00021 OWW
)
)
DEAN EDWARD GUTIERREZ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum         ( ) Ad Testificandum.

Name of Detainee:     DEAN EDWARD GUTIERREZ
Detained at (custodian):     WASCO STATE PRISON, 701 Scofield Ave., Wasco, CA 93580

Detainee is:   a.)   (**X**) charged in this district by:
              (**X**) Indictment     ( ) Information     ( ) Complaint
              Charging Detainee With: **18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
  or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:   /s/ Yasin Mohammad
Printed Name & Phone No: Yasin Mohammad/(559) 497-4000
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2 March 2011                                 /s/ *Dennis L. Beck*
Date                                          United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | G046841 | DOB: | 12/20/84 |
| | State Criminal Record No. A20046595 | Race: | Hispanic |
| | | FBI #: | 174867JB3 |
| Facility Phone: | WASCO STATE PRISON/(661) 758-8400 | | |
| Currently Incarcerated For: | | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____

K:\DLB\To_Be_Signed\11cr21.o.writ Gutierrez.wpd
Form Crim-48                                                                       Revised 11/19/97

(Signature)

K:\DLB\To_Be_Signed\11cr21.o.writ Gutierrez.wpd
Form Crim-48

Revised 11/19/97