DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEAN EDWARD GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00021 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | ) ) | |
| DEAN EDWARD GUTIERREZ, | ) | Date: April 4, 2011 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Dean Edward Gutierrez, that the hearing currently set for March 28, 2011 at 9:00 a.m., **may be rescheduled to April 4, 2011 at 9:00 a.m.**

This one week continuance is made at request of defense counsel as she was scheduled to be out of town on March 28, 2011, prior to being assigned this matter. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3 | 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: March 23, 2011              /s/ Yasin Mohammad
                                   YASIN MOHAMMAD
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated:  March 23, 2011             /s/ Peggy Sasso
                                   PEGGY SASSO
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DEAN EDWARD GUTIERREZ



IT IS SO ORDERED.

**Dated:   March 23, 2011**             **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE