BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00021 OWW |
| Plaintiff, | **MOTION TO DISMISS FOR STATE ADJUDICATION; ORDER THEREON** |
| v. | |
| DEAN GUTIERREZ, | |
| Defendant. | |

It has come to the United States' attention that the conduct charged in this case has been adjudicated in state court. The Defendant pleaded guilty and received a sentence of two years imprisonment. THEREFORE, in light of the state adjudication, the United States, hereby, moves to dismiss without prejudice the Indictment in this case.

DATED: May 28, 2011                                      Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

                                                         By: /s/ Yasin Mohammad        .
                                                             YASIN MOHAMMAD
                                                             Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED THAT given the state's adjudication of the conduct charged in this case and by motion of the United States, the Indictment in this case is DISMISSED *without prejudice*.

Dated: May 31, 2011                               /s/ OLIVER W. WANGER
                                                  United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com